■ STEVEN LADNIUK, Appellant-Respondent, v LUCY L. MUNSON, Respondent-Appellant, and RUFFINO CARDILLO, Respondent. (Appeal No. 2.) [619 NYS2d 1025] —Appeal and cross appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeals from order of Supreme Court, Oneida County, O'Donnell, J.—Negligence.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.

■ PEOPLE, Respondent, v HECTOR RIVAS, Appellant. [627 NYS2d 996] —Motion to file excess page brief denied. Memorandum: We conclude that the number of pages ascribed to summarizing the facts is excessive. Counsel should refile and serve a brief that complies with the page limitation set forth in the rules *(see,* 22 NYCRR 1000.6 [a] [6]). Present—Green, J. P., Pine, Fallon, Wesley and Davis, JJ. (Filed Nov. 3, 1994.)

■ PEOPLE ex rel. JOHN MORRIS, Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Appellants. [619 NYS2d 977] —Motion for stay denied; appeal expedited upon condition that appellants' records and briefs are filed and served on or before November 14, 1994; if so filed and served, appeal is to be added to calendar for term of Court commencing November 28, 1994, and respondent's briefs are to be filed and served on or before November 28, 1994. Memorandum: The operation of a writ of habeas corpus may not be stayed *(see, People ex rel. Young v Stout,* 10 Misc 247; 7A Weinstein-Korn-Miller, NY Civ Prac ¶ 7011.04; 22 Carmody-Wait 2d, NY Prac § 139:6, at 496). The appropriate course of action is to expedite the appeal. Present—Green, J. P., Balio, Lawton, Fallon and Davis, JJ. (Filed Nov. 2, 1994.)

■ In the Matter of PETER MEHMEL, Petitioner, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [619 NYS2d 977] —Motion for permission to proceed as poor person denied. Memorandum: Petitioner has failed to allege sufficient facts to enable this Court to ascertain the merits of his contentions *(see,* CPLR 1101 [a]). Present— Pine, J. P., Balio, Fallon, Davis and Boehm, JJ.